**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ADOPTION OF: D.G.D., A MINOR : No. 9 MM 2022
: 
: 
PETITION OF: T.L.D., MOTHER :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of March, 2022, the "Request for Acceptance of Submitted Filing" is GRANTED, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.